## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| JANET MARIE LEE, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | No.  4:11-cv-00856-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Commissioner responded and offered no objection to the fees requested.  After careful consideration of the Motion and Response, the Court finds:

1.      The hours spent by counsel were reasonable.  Therefore the Court approves attorney fees in the amount of  $3,135.00  (19 attorney hours at $165.00).

2.      The award of EAJA fees shall be paid directly to Plaintiff's counsel subject to any offset to satisfy any pre-existing debt owed to the United States.  *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3.      Defendant shall certify said award and pay Plaintiff's attorney this amount.

IT IS SO ORDERED this <u>16th</u> day of January, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE